UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASANGSOFT INC., <br><br> Plaintiff, <br><br> v. <br><br> THE DUEL BRASIL, *et al.*, <br><br> Defendants. | Case No. C25-2-MLP <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On January 1, 2025, Plaintiff Masangsoft Inc. filed a complaint in this action. (Dkt. # 1.) Plaintiff was required to complete service within 90 days after filing the complaint. Fed. R. Civ. P. 4(m). To date, no proof of service has been filed. Accordingly, Plaintiff is ORDERED to file proof of timely service or show cause why it cannot timely serve Defendants The Duel Brasil and Guilherme Gaspar by **April 25, 2025**.

Dated this 16th day of April, 2025.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 1