UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MASANGSOFT INC.,

                    Plaintiff,

        v.

THE DUEL BRASIL; GUILHERME
GASPAR; and DOES 1-100,

                    Defendants.

C25-0002 TSZ

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

        (1)    On July 1, 2025, the Court vacated the Order of the Clerk dated June 16, 2025, docket no. 15, and denied plaintiff's motion, docket no. 14, for entry of default. *See* Minute Order (docket no. 17).  On July 31, 2025, the Court denied plaintiff's motion to serve defendants via email.  *See* Minute Order (docket no. 19).  Plaintiff now moves for reconsideration and asks that the Court deem proper, nunc pro tunc, plaintiff's previous, unapproved attempt to serve defendants via email.  Plaintiff's motion for reconsideration, docket no. 21, filed on December 31, 2025, is DENIED as both untimely and lacking in merit.  *See* Local Civil Rule 7(h).

        (2)    Plaintiff's alternative request for additional time to effect service on defendants is GRANTED.  By May 15, 2026, plaintiff shall file either proof of service on defendants or a status report indicating what efforts, if any, have been made to effect service.

        (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

        Dated this 15th day of January, 2026.

                                        Joshua C. Lewis
                                        Clerk

                                        s/Grant Cogswell
                                        Deputy Clerk

MINUTE ORDER - 1